George C. BANKS, Appellant,

v.

John JORDAN, Sheriff of Cape Girardeau County; Captain Mulcahy, originally sued as Captain Maugahi; Beth Kelly; Kristin Kaufmann, Appellees.

No. 08–3504.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 7, 2009.

Filed: Dec. 10, 2009.

George C. Banks, Littleton, CO, pro se.

Albert M. Spradling, III, Spradling & Spradling, Cape Girardeau, MO, for John Jordan, Captain Mulcahy.

Kevin James Adrian, Teresa Michelle Young, Brown & James, St. Louis, MO, for Beth Kelly, Kristin Kaufmann.

Before BYE, BOWMAN, and BENTON, Circuit Judges.

PER CURIAM.

Federal inmate George C. Banks appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action arising from his pretrial detention in

---

1. The Honorable Thomas C. Mummert, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

the Cape Girardeau County Jail. To the extent Banks has properly raised any issues for our review, *see Meyers v. Starke,* 420 F.3d 738, 742–43 (8th Cir.2005), we agree with the district court that summary judgment was warranted, *see Alberson v. Norris,* 458 F.3d 762, 765 (8th Cir.2006) (standard of review). Accordingly, we affirm, see 8th Cir. R. 47B, and we deny his pending motion.